NVB 3022 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:                                      BK−22−10054−mkn
                                                 CHAPTER 7

NATHAN HENRY CARPENTER

                             Debtor(s)                  FINAL DECREE

The estate of the debtor(s) having been fully administered,

**IT IS ORDERED** that TROY S. FOX is discharged as trustee of the estate.

This Chapter 7 case is closed.

Dated: 4/15/22

                                                           Mary A. Schott
                                                           Clerk of Court